JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYAN KAMRAVA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a Delaware corporation; and DOES 1-20, Inclusive,<br><br>　　　　Defendants. | Case No. 2:16-CV-03503-MWF-PLA<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.**

# ORDER

Pursuant to the stipulation of the Parties, Bank of America, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: July 26, 2016

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

– 1 –

**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A.**